402 A.2d 555

Douglas BIXBY, a minor by his father and natural guardian James A. Bixby, Appellee in No. 649,

and

James A. Bixby, Individually, Appellant in No. 750,

v.

The FRANKLIN INSTITUTE, Appellant in No. 649, Appellee in No. 750,

and

Columbia Broadcasting System, Inc.

Superior Court of Pennsylvania.

Argued Sept. 11, 1978.

Decided May 4, 1979.

Robert J. Murphy, Philadelphia, for appellant, The Franklin Institute and appellee at No. 750.

Sidney L. Wickenhaver, Philadelphia, for appellant James A. Bixby, individually; and appellees Douglas Bixby, a minor, et al., at No. 649.

No appearance entered nor brief filed for appellee Columbia Broadcasting System, Inc.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

PER CURIAM:

The Order of the Court below granting the Petition to Vacate in part the Order Approving the Settlement of the Minor's Tort Claim is reversed and this case is remanded for consideration of the Petition to Vacate the said settlement by a Court En Banc of the Court below. The Motion to Quash the Appeal at No. 649 October Term, 1978, is refused. Said Order as it relates to the Appeal at No. 750 October Term, 1978, is affirmed.